# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 157 EAL 2023

         Respondent        :

       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.        :

MARCUS TEAGUE,        :

         Petitioner        :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 158 EAL 2023

         Respondent        :

       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.        :

MARCUS TEAGUE,        :

         Petitioner        :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 159 EAL 2023

         Respondent        :

       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.        :

MARCUS TEAGUE,        :

         Petitioner        :

COMMONWEALTH OF PENNSYLVANIA,   :    No. 160 EAL 2023

         Respondent        :

       :    Petition for Allowance of Appeal
       :    from the Order of the Superior Court

       v.        :

MARCUS TEAGUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 161 EAL 2023

        Respondent

                            Petition for Allowance of Appeal
                            from the Order of the Superior Court

        v.

MARCUS TEAGUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 162 EAL 2023

        Respondent

                            Petition for Allowance of Appeal
                            from the Order of the Superior Court

        v.

MARCUS TEAGUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 163 EAL 2023

        Respondent

                            Petition for Allowance of Appeal
                            from the Order of the Superior Court

        v.

MARCUS TEAGUE,

        Petitioner

COMMONWEALTH OF PENNSYLVANIA,    :  No. 164 EAL 2023

        Respondent

[157 EAL 2023, 158 EAL 2023, 159 EAL 2023, 160 EAL 2023, 161 EAL 2023, 162 EAL 2023, 163 EAL 2023, 164 EAL 2023 and 165 EAL 2023] - 2

|  |  |
|---|---|
| v. | : Petition for Allowance of Appeal<br>: from the Order of the Superior Court<br>:<br>: |
| MARCUS TEAGUE, | :<br>: |
| Petitioner | : |
| COMMONWEALTH OF PENNSYLVANIA, | : No. 165 EAL 2023<br>: |
| Respondent | : |
|  | : Petition for Allowance of Appeal<br>: from the Order of the Superior Court |
| v. | :<br>:<br>: |
| MARCUS TEAGUE, | :<br>: |
| Petitioner | : |

## **ORDER**

**PER CURIAM**

     **AND NOW**, this 3rd day of January, 2024, the Petition for Allowance of Appeal is

**DENIED**.

Justice McCaffery did not participate in the consideration or decision of this matter.

[157 EAL 2023, 158 EAL 2023, 159 EAL 2023, 160 EAL 2023, 161 EAL 2023, 162 EAL 2023, 163 EAL 2023, 164 EAL 2023 and 165 EAL 2023] - 3